

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2017

No. 04-17-00060-CV

**In re Christina Rangel**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Marialyn Barnard, Justice
                  Rebeca C. Martinez, Justice
                  Luz Elena D. Chapa, Justice

On February 6, 2017, Relator Christina Rangel filed a petition for writ of mandamus to challenge temporary orders issued in a suit to modify parent-child relationship. In the body of her petition, Relator identifies the minor by name. Texas Rule of Appellate Procedure 9.9(b) provides that "an electronic or paper document containing sensitive data may not be filed with the court unless the sensitive data is redacted[.]" Sensitive data includes the "name of any person who was a minor when the underlying suit was filed." TEX. R. APP. P. 9.9(a)(3). Sensitive data must be redacted as set out by Texas Rule of Appellate Procedure 9.9(c). Because Relator has failed to comply with the requirements of Texas Rule of Appellate Procedure 9.9, we strike Relator's petition. Relator may file an amended petition redacting all sensitive data within five days of the date of this order.

It is so **ORDERED** on February 6, 2017.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2008-CI-17955, styled *In the Interest of C.A.R., a Child*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.